**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2585 Disciplinary Docket No. 3 |
| | : | |
| ANGELES ROCA | : | No. 185 DB 2018 |
| | : | |
| | : | Attorney Registration No. 77526 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2021, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.  *See* Pa.R.D.E. 218(f).

    Justice Dougherty did not participate in the consideration or decision of this matter.